CHARLES L. CRAWFORD *vs.* WILBER GRANT.

Penobscot County. Decided January 31, 1911. Assumpsit brought by the plaintiff to recover the sum of two thousand dollars for the use of the plaintiff's figures and estimates of the amount of lumber of various kinds upon Township 7, Range 9, Piscataquis County, Maine, in making and closing up sale of said township of land to Joseph G. Ray, — one per cent of the selling price, — and interest. There was also in the declaration the usual common counts. At the conclusion of the evidence the presiding Justice ordered a verdict for the plaintiff for $1974, and the defendant excepted. Exceptions overruled. *B. L. Fletcher*, for plaintiff. *Allen E. Rogers*, for defendant.

---

MARY O. LANGTON, In Equity, *vs.* HATTIE M. LANGTON.

York County. Decided February 9, 1911. Bill in equity in which the plaintiff prayed for a decree directing the defendant, her blind daughter, to reconvey to her, the plaintiff, a one-half interest in a lot of land with the buildings thereon in the town of Kittery, and which had previously been conveyed by the plaintiff to the defendant. Reported to the Law Court for determination. Bill dismissed with costs. *John G. Smith*, for plaintiff. *Geo. F. & Leroy Haley*, for defendant.